STATE OF NEW JERSEY v. ROSA LEE WHITE.

April 4, 1977. Petition for certification denied.

BENITO SCOTTI v.
MAYOR & COUNCIL, BOROUGH OF WANAQUE.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY LITTLE.

April 4, 1977. Petition for certification denied.

OTTO E. RIEMENSCHNEIDER v.
FRITZ REUTER ALTENHEIM.

April 4, 1977. Petition for certification denied. (See 146 *N. J. Super.* 123)

STATE OF NEW JERSEY v. JOHN BENSON.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. MOODY CANERY.

April 4, 1977. Petition for certification denied. (See 144 *N. J. Super.* 527)